UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CYNTHIA WAKLATSI, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:21-cv-00296 |
| | : | |
| v. | : | |
| | : | Judge Matthew W. McFarland |
| BAYLEY SENIOR CARE d/b/a BAYLEY PLACE, | : | |
| | : | |
| Defendant. | : | |

### STIPULATED FINAL ORDER

This matter comes before the Court by stipulation of the parties.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendant.

2. Each party will bear their own attorneys' fees and litigation expenses, with no award of costs to Defendant.

_____
Judge Matthew W. McFarland

STIPULATED AND AGREED TO BY:

*/s/ Brianna R. Carden (per authorization)*
Matthew G. Bruce
Brianna R. Carden
The Spitz Law Firm, LLC
11260 Chester Road, Suite 825
Cincinnati, OH  45246
Tel:  (216) 291-4744
Fax:  (216) 291-5744
matthew.bruce@spitzlawfirm.com
brianna.carden@spitzlawfirm.com
*Attorneys for Plaintiff*

*/s/ Brian G. Dershaw*
Brian G. Dershaw
Ivy J. Sander (100204)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel:  (513) 381-2828
Fax:  (513) 381-0205
bdershaw@taftlaw.com
isander@taftlaw.com
*Attorneys for Defendant*

74123860v1